AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Vermont

| United States of America et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:25-cv-00463 |
| State of Vermont et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America and United States Environmental Protection Agency.

Date:   06/18/2025

/s/ Riley W. Walters
*Attorney's signature*

Riley W. Walters; D.C. Bar # 90008638
*Printed name and bar number*

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

*Address*

Riley.Walters@usdoj.gov
*E-mail address*

(202) 514-4760
*Telephone number*

*FAX number*