UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>) |
| v. | )<br>) |
| STATE OF VERMONT; PHILIP SCOTT, in his official capacity as Governor of Vermont; JULIE MOORE, in her official capacity as the Secretary of the Vermont Agency of Natural Resources; and JANE LAZORCHAK, in her official capacity as the Director of the Vermont Agency of Natural Resources Climate Action Office, | ) Civil Action No. 2:25-cv-463<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**STIPULATED MOTION TO EXTEND THE
DEADLINE FOR SUBMITTING A BRIEFING SCHEDULE**

Defendants (the "State") move to extend, by two days, the June 23 deadline for the Parties to this case to submit a briefing schedule for the Court's consideration. The State has conferred with counsel for the Plaintiffs, who consent to the relief requested in this motion.

On June 9, the Court granted the State's motion to suspend its deadline for responding to the Complaint and ordered the parties to submit a proposed schedule by June 23, 2025. The State has been in negotiations with the Plaintiffs in this case and the Plaintiffs in *Chamber of Commerce v. Moore*, No. 2:24-cv-01513-MKL (D. Vt.) regarding a briefing schedule that would apply in both cases. The Parties have scheduled a late-afternoon call on June 23 to discuss a proposal, and would therefore benefit from a brief extension of the June 23 deadline to allow time to prepare either a stipulated schedule or separate proposals.

The State therefore respectfully requests that the Court (i) extend the June 23 deadline to June 25 for the Parties to (ii) submit either a stipulated or competing proposed briefing schedules.

Dated: June 20, 2025                                  Respectfully submitted,

                                                      STATE OF VERMONT

                                                      CHARITY R. CLARK
                                                      ATTORNEY GENERAL

By:  */s/ Jonathan T. Rose*
      Jonathan T. Rose
      Solicitor General
      Laura B. Murphy
      Hannah W. Yindra
      Assistant Attorneys General
      Office of the Attorney General
      109 State Street
      Montpelier, VT 05609
      (802) 828-3171
      jonathan.rose@vermont.gov
      laura.murphy@vermont.gov
      hannah.yindra@vermont.gov