# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA and AMERICAN PETROLEUM INSTITUTE, <br>      Plaintiffs, <br><br>STATE OF WEST VIRGINIA, STATE OF ALABAMA, STATE OF ALASKA, STATE OF ARKANSAS, STATE OF FLORIDA, STATE OFGEORGIA, STATE OF IDAHO, STATE OF INDIANA, STATE OF IOWA, STATE OF KANSAS, COMMONWEALTH OF KENTUCKY, STATE OF LOUISIANA, STATE OF MISSOURI, STATE OF MONTANA, STATE OF NEBRASKA, STATE OF NORTH DAKOTA, STATE OF OHIO, STATE OF OKLAHOMA, STATE OF SOUTH CAROLINA, STATE OF SOUTH DAKOTA, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF UTAH, and STATE OF WYOMING, <br>      Intervenor-Plaintiffs, <br><br>      v. <br><br>JULIE MOORE, in her official capacity as the Secretary of the Vermont Agency of Natural Resources and JANE LAZORCHAK, in her official capacity as the Director of the Vermont Agency of Natural Resources Climate Action Office, <br>      Defendants, <br><br>*and* <br><br>UNITED STATES OF AMERICA and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br>      Plaintiffs, <br><br>      v. <br><br>STATE OF VERMONT; PHILIP SCOTT, in his official capacity as Governor of Vermont; JULIE MOORE, in her official capacity as the Secretary of the Vermont Agency of Natural Resources; and JANE LAZORCHAK, in her official capacity as the Director of the Vermont Agency of Natural Resources Climate Action Office, <br>      Defendants. | <u>Case Nos.</u> <br>2:24-cv-01513 <br>2:25-cv-00463 <br>(related) |

## STIPULATED MOTION TO SET BRIEFING SCHEDULE

The Parties in the above-captioned related cases jointly move for the adoption of the briefing schedule proposed below. In support of this motion, the Parties state as follows:

1. In Case No. 2:24-cv-01513 (*Chamber*), Plaintiffs United States Chamber of Commerce and the American Petroleum Institute filed their complaint on December 30, 2024. They served their complaint on February 26, 2025.

2. In *Chamber*, Intervenor-Plaintiffs West Virginia et al. filed their Complaint on May 7, 2025.

3. In *Chamber,* the State's responsive pleading deadline and the briefing schedule are suspended pending the Court's decision on the Motion to Intervene filed by the Northeast Organic Farming Association of Vermont and Conservation Law Foundation (collectively, "NOFA Defendants") [ECF No. 19]. *See* Order, *Chamber of Commerce v. Moore*, No. 2:24-cv-1513 (May 23, 2025) [ECF No. 36].

4. In Case No. 2:25-cv-00463 (*United States*), Plaintiffs the United States of America and the United States Environmental Protection Agency filed their complaint on May 1, 2025. They completed service on May 19, 2025.

5. In *United States,* the State's deadline for a responsive pleading is suspended pending further order of the Court, which initially ordered the parties to submit a proposed schedule by June 23, 2025, but subsequently granted a two-day extension to June 25, 2025. *See* Order, *United States v. State of Vermont,* No. 2:25-cv-00463 (June 9, 2025) [ECF No. 18]; Order, *United States v. State of Vermont*, No. 2:25-cv-00463 (June 20, 2025) [ECF No. 21].

6. Both *Chamber* and *United States* challenge the constitutionality of Vermont's Climate

Superfund Act, 2024 Vt. Acts & Resolves No. 122.

7. Given the substantially overlapping claims and issues in *Chamber* and *United States,* the Parties propose to follow a coordinated briefing schedule to promote efficiency for the Parties and the Court.

8. Accordingly, the Parties have agreed to the following proposed schedule in *Chamber* and *United States*:

   - Defendants shall file their responsive pleading(s) or motion(s) to dismiss on or before August 15, 2025.

   - If the Court grants NOFA Defendants' Motion to Intervene in *Chamber*, their responsive pleading(s) or motion(s) to dismiss in that case shall be filed on or before August 22, 2025.

   - Plaintiffs and Intervenor-Plaintiffs shall oppose any motion to dismiss filed in their cases and file motions for summary judgment on or before September 15, 2025.

   - The State Defendants shall file (i) any reply(ies) in support of their motion(s) to dismiss and (ii) any opposition(s) to summary judgment (and/or cross-motion(s) for summary judgment) on or before November 17, 2025.

   - NOFA Defendants shall file (i) any reply(ies) in support of their motion(s) to dismiss, (ii) any opposition(s) to summary judgment(and/or cross-motion(s) for summary judgment) in *Chamber* on or before November 21, 2025.

   - Plaintiffs and Intervenor-Plaintiffs shall file any reply(ies) in support of their motion(s) for summary judgment and/or any opposition(s) to cross-motions on or before December 15, 2025.

   - Defendants' and NOFA-Defendants' deadline to file reply(ies) in support of any

cross-motion(s) for summary judgment shall be as by rule.

- For any of the filings discussed above, the Parties may elect to consolidate their memoranda supporting and opposing the relevant motions into a single document, in which case the page limit shall be the sum of the applicable page limits for each memorandum set by local rule.

- For any of the filings discussed above, the State Defendants may, at their option, file a single document relating to claims/issues raised in both cases (for example, a State Defendants' motion to dismiss may respond to the complaints in both cases). Any such consolidated documents will be filed in both cases.

- The Parties' obligation to file proposed discovery schedules pursuant to L.R. 26(a)(2) is suspended until fourteen days after the Court's decision(s) on any motions made pursuant to the proposed briefing schedule.

9. The Parties respectfully request an order setting this schedule.

Dated: June 25, 2025                                    Respectfully submitted,

/s/ Steven P. Lehotsky                                   /s/ Jonathan T. Rose
Matthew B. Byrne                                         Jonathan T. Rose
GRAVEL & SHEA PC                                         Solicitor General
76 St. Paul Street, 7th Floor                            Laura B. Murphy
Burlington, VT 05402-0369                                Hannah W. Yindra
Telephone: (802) 658-0220                                Patrick T. Gaudet
Fax: (802) 658-1456                                      Assistant Attorneys General
Email: mbyrne@gravelshea.com                             Office of the Attorney General
                                                         109 State Street
Steven P. Lehotsky*                                      Montpelier, VT 05609-1001
Scott A. Keller*                                         Telephone: (802) 828-3171
Michael B. Schon*                                        jonathan.rose@vermont.gov
LEHOTSKY KELLER COHN LLP                                 laura.murphy@vermont.gov
200 Massachusetts Avenue, NW,

3

Suite 700
Washington, DC 20001
Telephone: (512) 693-8350
Fax: (512) 727-4755
Email: steve@lkcfirm.com
Email: scott@lkcfirm.com
Email: mike@lkcfirm.com

Jared B. Magnuson*
LEHOTSKY KELLER COHN LLP
3280 Peachtree Road NE
Atlanta, GA 30305
Telephone: (512) 693-8350
Fax: (512) 727-4755
Email: jared@lkcfirm.com

Meredith R. Pottorff*
LEHOTSKY KELLER COHN LLP
8513 Caldbeck Drive
Raleigh, NC 27615
Telephone: (512) 693-8350
Fax: (512) 727-4755
meredith@lkcfirm.com

*Counsel for Plaintiffs the Chamber of Commerce of the United States of America and American Petroleum Institute*

Jennifer B. Dickey*
Kevin R. Palmer*
U.S. Chamber Litigation Center
1615 H Street, NW
Washington, DC 20062
Telephone: (202) 463-5337

*Counsel for Plaintiff the Chamber of Commerce of the United States of America*

Ryan Meyers*
American Petroleum Institute
200 Massachusetts Avenue, NW,
 Suite 1200

patrick.gaudet@vermont.gov
hannah.yindra@vermont.gov

*Attorneys for Defendants*

/s/ *Riley W. Walters*
Adam R.F. Gustafson
Acting Assistant Attorney General
Robert N. Stander
Deputy Assistant Attorney General
Riley W. Walters
Counsel to the Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
Telephone: (202) 514-5442
Riley.Walters@usdoj.gov

*Counsel for Plaintiffs the United States of America and the United States Environmental Protection Agency*

/s/ *Brady C. Toensing*
Brady C. Toensing
DIGENOVA & TOENSING
1775 Eye Street NW
Suite 1150
Washington, DC 20006
Telephone: (202) 297-4245
Brady@digtoe.com

/s/ *Michael W. Kirk*
Michael W. Kirk*
Adam P. Laxalt*
Megan M. Wold*
Brian W. Barnes*
Cooper & Kirk, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C., 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
mkirk@cooperkirk.com
alaxalt@cooperkirk.com

| | |
|---|---|
| Washington, DC 20001<br>Telephone: (202) 682-8000 | mwold@cooperkirk.com<br>bbarnes@cooperkirk.com |
| *Counsel for Plaintiff American Petroleum Institute* | *Counsel for Intervenor-Plaintiffs* |

*admitted pro hac vice