UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br>　　Plaintiffs,<br><br>　　　v.<br><br>STATE OF VERMONT; PHILIP SCOTT, in his official capacity as Governor of Vermont; JULIE MOORE, in her official capacity as the Secretary of the Vermont Agency of Natural Resources; and JANE LAZORCHAK, in her official capacity as the Director of the Vermont Agency of Natural Resources Climate Action Office,<br>　　Defendants. | No. 2:25-cv-00463 |

## SCHEDULING ORDER

Based on the stipulation of the parties in this case, as well as in Case No. 2:24-cv-1513, the court issues the following scheduling order:

1. Defendants shall file their responsive pleading(s) or motion(s) to dismiss on or before August 15, 2025.

2. Plaintiffs shall oppose any motion to dismiss and file motions for summary judgment on or before September 15, 2025.

3. Defendants shall file (i) any reply(ies) in support of their motion(s) to dismiss; and (ii) any opposition(s) to summary judgment (and/or cross-motion(s) for summary judgment) on or before November 17, 2025.

4. Plaintiffs shall file any reply(ies) in support of their motion(s) for summary judgment and/or any opposition(s) to cross-motions on or before December 15, 2025.

5. Defendants' deadline to file reply(ies) in support of any cross-motion(s) for summary judgment shall be as by rule.

Additionally, the court advises the following:

1. For any of the filings outlined above, the Parties may elect to consolidate their memoranda supporting or opposing the relevant motions into a single document, in which case the page limit shall be the sum of the applicable page limits for each memorandum set by local rule.

2. For any of the filings outlined above, the Defendants may, at their option, file a single document relating to claims/issues raised in both this case and Case No. 24-cv-1513. Any such consolidated documents must be filed in both cases.

Finally, the parties' obligations to file a proposed discovery schedule pursuant to L.R. 26(a)(2) is suspended until fourteen days after the court's decision(s) on any motions made pursuant to this scheduling order.

SO ORDERED, this 27th day of June 2025.

_____
Mary Kay Lanthier
United States District Court Judge