**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA and AMERICAN PETROLEUM INSTITUTE, <br>      Plaintiffs, <br>    and <br><br> STATE OF WEST VIRGINIA et al., <br>      Intervenor-Plaintiffs, <br>    v. <br><br> JULIE MOORE et al., <br>      Defendants, <br>    and <br><br> NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT and CONSERVATION LAW FOUNDATION, <br>      Intervenor-Defendants. | Case No. 2:24-cv-01513 |
| UNITED STATES OF AMERICA and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br>      Plaintiffs, <br>    v. <br><br> STATE OF VERMONT et al., <br>      Defendants, <br>    and <br><br> NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT and CONSERVATION LAW FOUNDATION, <br>      Intervenor-Defendants. | Case No. 2:25-cv-00463 |

**INDEX OF EXHIBITS TO DEFENDANTS' MOTION TO DISMISS**

Exhibit A        2024 Vt. Acts & Resolves No. 122

Exhibit B        2025 Vt. Act & Resolves No. 47 (excerpt)

Legislative Record Excerpts

Exhibit C        Written Testimony of Ben Edgerly Walsh (Vermont Public Interest Group), House Environment & Energy Committee (Apr. 17, 2024)

Exhibit D        Written Testimony of Anthony Iarrapino (Conservation Law Foundation), House Environment & Energy Committee (Apr. 11, 2024)

Exhibit E        Written Testimony of Dr. Justin Mankin, House Environment & Energy Committee (Apr. 11, 2024)

Exhibit F        Testimony for S.259, Dr. Justin Mankin, House Environment & Energy Committee (Apr. 11, 2024) (slides)

Exhibit G        Callahan & Mankin, "Carbon Majors and the Scientific Case for Climate Liability" (provided to Senate Judiciary Committee Feb. 22, 2024)

Exhibit H        Callahan & Mankin, "Globally Unequal Effect of Extreme Heat on Economic Growth, *Science Advances* (2022) (provided to Senate Judiciary Committee Feb. 22, 2024)

Exhibit I        Complaint, *State of Vermont v. ExxonMobil Corp.* (Sept. 14, 2021) (attached to Written Testimony of Vermont Attorney General's Office, Senate Judiciary Committee (Feb. 28, 2024))

Exhibit J        Written Testimony of Richard Heede, House Environment & Energy Committee (Apr. 11, 2024) (slides)

Exhibit K        Richard Heede, "Tracing Anthropogenic Carbon Dioxide and Methane Emissions to Fossil Fuel and Cement Producers, 1854-2010," *Climatic Change* (2013) (provided to House Environment & Energy Committee Apr. 11, 2024)

Exhibit L        Testimony of Andy Jones (Intervale Community Farm), House Environment & Energy Committee, Apr. 17, 2024 (slides)

Exhibit M        *2021 Vermont Climate Assessment* (provided to House Environment & Energy Committee Apr. 17, 2024)

Exhibit N        *NOAA State Climate Summaries 2022/Vermont* (provided to House Environment & Energy Committee Apr. 17, 2024)

Exhibit O    *Impacts, Risks, and Adaptation in the United States: Fourth National Climate Assessment, Volume II/Northeast* (provided to House Environment & Energy Committee Apr. 17, 2024)

Exhibit P    *Fifth National Climate Assessment: Chapter 21/Northeast* (provided to House Environment & Energy Committee Apr. 17, 2024)

Exhibit Q    Written Testimony of Lauren Hierl (Vermont Conservation Voters), House Environment & Energy Committee (Apr. 17, 2024)

Exhibit R    Rebuild by Design, *Vermont Atlas of Disaster* (provided to House Environment & Energy Committee Apr. 17, 2024) (slides)

Exhibit S    *2023 Vermont State Hazard Mitigation Plan* (provided to House Environment & Energy Committee Apr. 17, 2024)

Exhibit T    WILO Flood Image (provided to House Environment & Energy Committee Apr. 11, 2024)

Exhibit U    *State of Vermont v. Clearview AI, Inc.*, Ruling on Def.'s Mot. to Dismiss, No. 226-3-20 Cncv (Vt. Super. Ct. Sept. 10, 2020)

Exhibit V    *State of Vermont v. 3M Co.*, Ruling on Mots. to Dismiss, No. 547-6-19 Cncv (Vt. Super. Ct. May 28, 2020)

Exhibit W    *State of Vermont v. Monsanto Co.,* Ruling on Defs.' Mot. to Dismiss, No. 23-CV-2606 (Vermont Super. Ct. May 29, 2024)

Exhibit X    *Otter Creek Solar LLC v. State of Vermont*, No. 299-4-18 Cncv, Ruling on Mots. for S.J. (Vt. Super. Ct. Mar. 4, 2019)