State MTD Ex. F

# VT House Committee on Judiciary and the House Committee on Environment and Energy
# Testimony for S.259

April 11, 2024

Justin Mankin
mankin@dartmouth.edu

 

# four takeaways:

# four takeaways:

1. scientists can estimate climate damages to Vermont

# four takeaways:

1. scientists can estimate climate damages to Vermont

2. scientists can attribute those damages back to particular emissions

# four takeaways:

1. scientists can estimate climate damages to Vermont

2. scientists can attribute those damages back to particular emissions

3. this can be done for historical and future damages and emissions

# four takeaways:

1. scientists can estimate climate damages to Vermont

2. scientists can attribute those damages back to particular emissions

3. this can be done for historical and future damages and emissions

4. all of these damage assessments are under-inclusive and conservative

# can scientists attribute the damages from climate change to particular emitters?

yes, we now can.

# THE COSTS OF EMISSIONS

$$\text{1.}$$

$$\begin{array}{c}\text{TOTAL LOSS} \\ \text{FROM EMISSIONS}\end{array} = \begin{array}{c}\text{DAMAGE FROM} \\ \text{HISTORICAL EMISSIONS}\end{array}$$

See, for example, Burke et al. NBER Working Paper 3165 (2023)

# THE COSTS OF EMISSIONS

|  | | 1. | | 2. |
|---|---|---|---|---|
| TOTAL LOSS FROM EMISSIONS | = | DAMAGE FROM HISTORICAL EMISSIONS | + | FUTURE DAMAGE FROM HISTORICAL EMISSIONS |

See, for example, Burke et al. NBER Working Paper 3165 (2023)

8

# THE COSTS OF EMISSIONS

$$\underset{\text{FROM EMISSIONS}}{\text{TOTAL LOSS}} = \underset{\underset{\text{HISTORICAL EMISSIONS}}{\text{DAMAGE FROM}}}{\overset{1.}{}} + \underset{\underset{\text{HISTORICAL EMISSIONS}}{\text{FUTURE DAMAGE FROM}}}{\overset{2.}{}} + \underset{\underset{\text{FUTURE EMISSIONS}}{\text{FUTURE DAMAGE FROM}}}{\overset{3.}{}}$$

See, for example, Burke et al. NBER Working Paper 3165 (2023)

# IT REQUIRES EMISSIONS DATA



## About Carbon Majors

Carbon Majors is a database of historical production data from 122 of the world's largest oil, gas, coal, and cement producers. This data is used to quantify the direct operational emissions and emissions from the combustion of marketed products that can be attributed to these entities. These entities include:

75 Investor-owned Companies, 36 State-owned Companies, 11 Nation States, 82 Oil Producing Entities, 81 Gas Entities, 49 Coal Entities, 6 Cement Entities

The data spans back to 1854 and contains over 1.42 trillion tonnes of $CO_2e$ covering 72% of global fossil fuel and cement emissions since the start of the Industrial Revolution in 1751.



122 Entities

1.42 Trillion Tonnes of $CO_2e$

72% of Global Fossil Fuel & Cement $CO_2$ Emissions

See testimony from R. Heede

9

# two general approaches to estimate costs attributable to emitters with a rational basis:

1. use the social cost of carbon (SCC)

2. use "end-to-end" attribution

# CLIMATE ATTRIBUTION



EXAMPLE MEDICAL TRIAL FOR DRUG EFFICACY

Adapted from Callahan (2023)

11

# IT REQUIRES CLIMATE ATTRIBUTION



# END-TO-END ATTRIBUTION



**EACH LINK HAS CONSENSUS METHODS**

See Callahan & Mankin *Clim. Chng.* (2022); Callahan & Mankin *revising* (2024)

13

# can scientists attribute the damages from climate change to particular emitters?

yes, we now can via several approaches.
and our cost estimates are conservative.