U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 AUG 25 PM 2: 35

CLERK
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Plaintiffs*,

v.

STATE OF VERMONT, et al.,

*Defendants*,

and

NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT AND CONSERVATION LAW FOUNDATION,

    *Intervenor-Defendants.*

No. 2:25-cv-00463

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA and AMERICAN PETROLEUM INSTITUTE,

*Plaintiffs*,

and

STATE OF WEST VIRGINIA, et al.,

    *Intervenor-Plaintiffs*, v.

JULIE MOORE, et al.,

*Defendants*,

and

NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT AND CONSERVATION LAW FOUNDATION,

    *Intervenor-Defendants.*

No. 2:24-cv-01513

## ORDER GRANTING LEAVE TO FILE BRIEF AS *AMICI CURIAE*

Upon consideration of all parties' consent, the Motion of Economists Joseph E. Stiglitz et al. for Leave to File Brief as *Amici Curiae*, and for good cause shown,

1. The Motion for Leave to File Brief as *Amici Curiae* is hereby GRANTED;

2. *Amici* shall file their brief within three days.

SO ORDERED.

Dated at Rutland, in the District of Vermont this 25th day of August 2025.

                                                                                      */s/ Mary Kay Lanthier*
                                                                                      Hon. Mary Kay Lanthier
                                                                                      United States District Court Judge