UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>STATE OF VERMONT, et al.,<br><br>        *Defendants*,<br><br>  and<br><br>NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT AND CONSERVATION LAW FOUNDATION,<br><br>        *Defendant-Intervenors*. | No. 2:25-cv-00463 |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**
(Oral Argument Requested)

Plaintiffs the United States of America and United States Environmental Protection Agency respectfully move for summary judgment in this matter under Federal Rule of Civil Procedure 56. For the reasons given in the accompanying memorandum of law, the Court should grant the United States' motion for summary judgment, declare the Climate Superfund Act unconstitutional and unenforceable, and permanently enjoin Defendants from taking any actions to implement or enforce it.

Pursuant to Local Civil Rule 7(a)(6), Plaintiffs respectfully request oral argument on this motion.

Respectfully submitted,

ADAM R.F. GUSTAFSON
*Acting Assistant Attorney General*

ROBERT N. STANDER
*Deputy Assistant Attorney General*

JUSTIN D. HEMINGER
*Acting Deputy Assistant Attorney General*

/s/ *Riley W. Walters*
RILEY W. WALTERS
*Counsel to the Acting Assistant Attorney General*
JOHN K. ADAMS
*Senior Counsel to the Acting Assistant Attorney General*
U.S. Department of Justice
Environment and Natural Resources Division
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
(202) 514-5442
Riley.Walters@usdoj.gov

September 15, 2025
Washington, D.C.

CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2025, I electronically filed this motion for summary judgment using the CM/ECF system, which electronically served all counsel of record.

/s/ *Riley W. Walters*
RILEY W. WALTERS
*Counsel to the Acting Assistant Attorney General*
U.S. Department of Justice
Environment and Natural Resources Division
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
(202) 514-5442
Riley.Walters@usdoj.gov