UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA and AMERICAN PETROLEUM INSTITUTE,<br>          Plaintiffs,<br>     and<br><br>STATE OF WEST VIRGINIA et al.,<br>          Intervenor-Plaintiffs,<br>     v.<br><br>JULIE MOORE et al.<br>          Defendants,<br>     and<br><br>NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT and CONSERVATION LAW FOUNDATION,<br>          Intervenor-Defendants. | Case No. 2:24-cv-01513 |
| UNITED STATES OF AMERICA and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br>          Plaintiffs,<br>     v.<br><br>STATE OF VERMONT et al.,<br>          Defendants,<br>     and<br><br>NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT and CONSERVATION LAW FOUNDATION,<br>          Intervenor-Defendants. | Case No. 2:25-cv-00463 |

**<u>DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT</u>**
**(Oral Argument Requested)**

Defendants State of Vermont, Governor Philip Scott, Secretary Julie Moore, and Program Manager Jane Lazorchak cross move, pursuant to Federal Rule of Civil Procedure 56, for summary judgment on the following claims in the above-captioned cases:

- Counts I (federal preclusion) and II (Clean Air Act preemption) of the Complaint filed by Plaintiffs Chamber of Commerce and the American Petroleum Institute in Case No. 2:24-cv-01513 (ECF No. 1).

- Counts I (federal preclusion) and II (Clean Air Act preemption) of the Complaint filed by Intervenor-Plaintiffs West Virginia and 23 other States in Case No. 2:24-cv-1513 (ECF No. 31).

- All counts in the Complaint filed by Plaintiff the United States in Case No. 2:25-cv-463 (ECF No. 1).

In support of their motion, Defendants rely on the accompanying Consolidated Memorandum of Law, their Statement of Undisputed Material Facts in Support of Their Motion for Summary Judgment, and the Declarations of Jane Lazorchak and Sue Minter.

Pursuant to Local Rule 7(a)(6), Defendants request oral argument on this Motion.

DATED November 17, 2025

Respectfully submitted,

STATE OF VERMONT

CHARITY R. CLARK
ATTORNEY GENERAL

By: /s/ Jonathan T. Rose
JONATHAN T. ROSE
*Solicitor General*
LAURA B. MURPHY
*Director, Environmental Protection Unit*
HANNAH W. YINDRA
PATRICK T. GAUDET
*Assistant Attorneys General*
SAMUEL B. STRATTON*
Office of the Attorney General
109 State Street
Montpelier, VT 05609-1001
(802) 828-3186
jonathan.rose@vermont.gov

2

laura.murphy@vermont.gov
hannah.yindra@vermont.gov
patrick.gaudet@vermont.gov
sam.stratton@vermont.gov

**Vermont Bar Attorney-Applicant
Admission before this Court pending*