**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| UNITED STATES OF AMERICA and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br>   *Plaintiffs*, <br><br> v. <br><br> STATE OF VERMONT, et al., <br><br>   *Defendants*, <br><br> and <br><br> NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT and CONSERVATION LAW FOUNDATION, <br><br>   *Intervenor-Defendants.* | No. 2:25-cv-00463 |
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA and AMERICAN PETROLEUM INSTITUTE, <br><br>   *Plaintiffs*, <br><br> and <br><br> STATE OF WEST VIRGINIA, et al., <br><br>   *Intervenor-Plaintiffs,* <br><br> v. <br><br> JULIE MOORE, et al., <br><br>   *Defendants*, <br><br> and <br><br> NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT and CONSERVATION LAW FOUNDATION, <br><br>   *Intervenor-Defendants.* | No. 2:24-cv-01513 |

**INTERVENOR-DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Intervenor-Defendants Northeast Organic Farming Association of Vermont and Conservation Law Foundation hereby move pursuant to Federal Rule of Civil Procedure 56 for summary judgment in the above-captioned matters. As explained in the accompanying memorandum of law, if the Court does not dismiss the complaints in their entirety pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), it should grant summary judgment in favor of Intervenor-Defendants because: the State Intervenor-Plaintiffs (Case No. 2:24-cv-1513) and the United States (Case No. 2:25-cv-00463) lack standing to assert all their claims and lack a cause of action; all of Plaintiffs' claims are unripe for judicial review; and as to Counts I and II of all three complaints and Count V of the United States' complaint, Plaintiffs' claims fail as a matter of law.

Pursuant to Local Rule 7(a)(6), Intervenor-Defendants respectfully request oral argument on this motion.

Dated: November 21, 2025                                    Respectfully submitted,

                                                            */s/ Bridget Asay*
                                                            Bridget Asay
                                                            Michael Donofrio
                                                            STRIS & MAHER LLP
                                                            15 East State Street, Suite 2
                                                            Montpelier, VT 05602
                                                            Phone: (802) 858-4285
                                                            basay@stris.com

                                                            *Counsel for Northeast Organic Farming Association of Vermont*


                                                            */s/ Adeline S. Rolnick*
                                                            Adeline S. Rolnick
                                                            Natural Resources Defense Council, Inc.
                                                            1152 15th Street Suite 300
                                                            Washington, DC 20005

Phone: (202) 513-6240
arolnick@nrdc.org

Mitchell S. Bernard
Natural Resources Defense Council, Inc.
40 West 20th Street, 11th Floor
New York, NY 10011
Phone: (212) 727-4469
mbernard@nrdc.org

*Counsel for Northeast Organic Farming Association of Vermont and Conservation Law Foundation*

*/s/ Elena M. Mihaly*
Elena M. Mihaly
Conservation Law Foundation, Inc.
15 East State Street, Ste. 4
Montpelier, VT 05602
Phone: (802) 622-3012
emihaly@clf.org

*Counsel for Conservation Law Foundation*

3