UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> *Plaintiffs*, <br><br> v. <br><br> STATE OF VERMONT, et al., <br><br> *Defendants*, <br><br> and <br><br> NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT and CONSERVATION LAW FOUNDATION, <br><br> *Intervenor-Defendants.* | No. 2:25-cv-00463 |
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA and AMERICAN PETROLEUM INSTITUTE, <br><br> *Plaintiffs*, <br><br> and <br><br> STATE OF WEST VIRGINIA, et al., <br><br> *Intervenor-Plaintiffs,* <br><br> v. <br><br> JULIE MOORE, et al., <br><br> *Defendants*, <br><br> and <br><br> NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT and CONSERVATION LAW FOUNDATION, <br><br> *Intervenor-Defendants.* | No. 2:24-cv-01513 |

**INTERVENOR-DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

1

Intervenor-Defendants Northeast Organic Farming Association of Vermont and Conservation Law Foundation submit this statement of undisputed material facts in support of their combined Motion for Summary Judgment in case numbers 2:24-cv-01513 (*Chamber* case) and 2:25-cv-00463 (*United States* case).

1.  The Vermont State Treasurer has not completed the cost assessment required under the Climate Superfund Act, Vt. Stat. Ann. tit. 10, § 599c. The Treasurer intends to complete the assessment on or around January 15, 2027. Declaration of Sue Minter ¶ 6, ECF No. 110-4 (*Chamber* case), ECF No. 54-4 (*United States* case).

2.  The Vermont Agency of Natural Resources has not completed the proposed or final rulemakings required under the Climate Superfund Act. The Agency intends to complete the rulemakings on or around January 1, 2028. Declaration of Jane Lazorchak ¶ 5, ECF No. 110-3 (*Chamber* case), ECF No. 54-3 (*United States* case). The Agency intends to issue cost recovery demands on or around July 1, 2028. *Id.* ¶ 8.

Dated: November 21, 2025                    Respectfully submitted,

*/s/ Bridget Asay*
Bridget Asay
Michael Donofrio
STRIS & MAHER LLP
15 East State Street, Suite 2
Montpelier, VT 05602
Phone: (802) 858-4285
basay@stris.com

*Counsel for Northeast Organic Farming Association of Vermont*

/s/ Adeline S. Rolnick
Adeline S. Rolnick
Natural Resources Defense Council, Inc.
1152 15th Street, Suite 300
Washington, DC 20005
Phone: (202) 513-6240
arolnick@nrdc.org

Mitchell S. Bernard
Natural Resources Defense Council, Inc.
40 West 20th Street, 11th Floor
New York, NY 10011
Phone: (212) 727-4469
mbernard@nrdc.org

*Counsel for Northeast Organic Farming Association of Vermont and Conservation Law Foundation*


/s/ Elena M. Mihaly
Elena M. Mihaly
Conservation Law Foundation, Inc.
15 East State Street, Ste. 4
Montpelier, VT 05602
Phone: (802) 622-3012
emihaly@clf.org

*Counsel for Conservation Law Foundation*
