UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>        *Plaintiffs*,<br>  v.<br>STATE OF VERMONT, et al.,<br>        *Defendants*,<br>  and<br>NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT and CONSERVATION LAW FOUNDATION,<br>        *Intervenor-Defendants.* | No. 2:25-cv-00463 |
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA and AMERICAN PETROLEUM INSTITUTE,<br>        *Plaintiffs*,<br>  and<br>STATE OF WEST VIRGINIA, et al.,<br>        *Intervenor-Plaintiffs,*<br>  v.<br>JULIE MOORE, et al.,<br>        *Defendants*,<br>  and<br>NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT and CONSERVATION LAW FOUNDATION,<br>        *Intervenor-Defendants.* | No. 2:24-cv-01513 |

**[PROPOSED] ORDER**

Upon consideration of the Unopposed Motion for Leave to File Brief as Amicus Curiae by Vermont Public Interest Research Group, it is hereby **ORDERED** that the Motion is **GRANTED**.

Dated: _____   _____
                                                                                Hon. Mary Kay Lanthier
                                                                                United States District Judge