UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

---

UNITED STATES OF AMERICA and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

        *Plaintiffs*,

    v.

STATE OF VERMONT, et al.,

        *Defendants*,

  and

NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT AND CONSERVATION LAW FOUNDATION,

        *Defendant-Intervenors*.

No. 2:25-cv-00463

---

**PLAINTIFFS' OPPOSITION TO DEFENDANTS'**
**MOTION TO EXTEND DEADLINE TO FILE REPLY**

Plaintiffs the United States and United States Environmental Protection Agency (collectively, "the United States") oppose Defendants' motion to extend the deadline to file their reply in support of their cross-motion for summary judgment. The parties filed a stipulated motion on June 25, 2025, to set a summary judgment briefing schedule. *See* ECF No. 22. As reflected in that motion, the parties agreed, among other things, that (1) the deadline for the United States' consolidated reply in support of its motion for summary judgment and opposition to any cross-motion would be December 15, 2025, and (2) the deadline for Defendants' reply in support of their cross-motion "shall be as by rule," which is December 29, 2025. ECF No. 22 at 2. The Court entered

that agreed-upon schedule. ECF No. 23. And the Intervenor-Defendants, who also request an extension, represented that they would abide by that schedule. ECF No. 33 ("The proposed intervenors are willing to abide by any briefing schedule the Court orders[.]").

Defendants' motion to extend the December 29 reply deadline by a full month—despite previously agreeing to that deadline—is unreasonable. Indeed, the main basis for the requested extension—the year-end holidays—did not deter Defendants from proposing and agreeing to the existing deadline back in June. They should not be permitted to delay briefing by a full month based on purported conflicts that were known at that time.[1]

As noted in Defendants' motion, the United States informed Defendants that it would not oppose a two-week extension of their reply deadline. If the Court grants an extension, the United States therefore respectfully requests that the deadline be no later than January 12, 2026.

                                              Respectfully submitted,

                                              ADAM R.F. GUSTAFSON
                                              *Principal Deputy Assistant Attorney General*

                                              /s/ *Riley W. Walters*
                                              RILEY W. WALTERS
                                              *Counsel*
                                              U.S. Department of Justice
                                              Environment and Natural Resources Division
                                              950 Pennsylvania Ave., N.W.
                                              Washington, D.C. 20530
                                              (202) 514-5442

December 3, 2025                   Riley.Walters@usdoj.gov
Washington, D.C.

---

[1] Defendants' and Intervenor-Defendants' also reference the length of the briefs in this matter, but that is a direct consequence of Intervenor-Defendants' participation, which has resulted in substantial duplication. Notably, Defendants consented to intervention. *See* ECF No. 24 at 2.