**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| UNITED STATES OF AMERICA and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br>            Plaintiffs, <br>   v. <br><br>STATE OF VERMONT et al., <br>             Defendants, <br>   and <br><br>NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT and CONSERVATION LAW FOUNDATION, <br>          Intervenor-Defendants. | Case No. 2:25-cv-00463 |

**PLAINTIFFS' RESPONSE TO DEFENDANTS'
STATEMENT OF UNDISPUTED MATERIAL FACTS
IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Civil Rule 56(b), Plaintiffs the United States of America and U.S. Environmental Protection Agency (collectively, the "United States") submit the below response to Defendants' Statement of Undisputed Material Facts. Each paragraph in Defendants' Statement of Undisputed Material Facts is irrelevant and immaterial to the legal issues in the case. Moreover, because the pending motions seek resolution of the case before discovery, the United States reserves the right to dispute any facts characterized below as "undisputed" if further proceedings become necessary. The United States also reserves the right to raise any evidentiary objection to the declarations relied on by Defendants.

1.    The Vermont State Treasurer has not completed the cost assessment required under the Climate Superfund Act, Vt. Stat. Ann. tit. 10, § 599c. The Treasurer intends to complete the assessment on or around January 15, 2027. Declaration of Sue Minter ¶ 6 (attached).

> **Response:**    Undisputed that, to the best of the United States' knowledge, the Vermont State Treasurer has not completed the cost assessment required under the Climate Superfund Act.  Undisputed that the Declaration of Sue Minter states that the Treasurer intends to complete the cost assessment on or around January 15, 2027.  Still, the paragraph is disputed as irrelevant and immaterial to the resolution of the pending motions.

2.    The Vermont Agency of Natural Resources has not completed the rulemakings required under the Climate Superfund Act, Vt. Stat. Ann. tit. 10, § 599a. The Agency intends to complete the rulemakings on or around January 1, 2028. Declaration of Jane Lazorchak ¶ 5 (attached). The Agency intends to issue cost recovery demands on or around July 1, 2028. *Id.* ¶ 8.

> **Response:**    Undisputed that, to the best of the United States' knowledge, the Vermont Agency of Natural Resources has not completed the proposed or final rulemakings required under the Climate Superfund Act.  Undisputed that the Declaration of Jane Lazorchak states that the Agency intends to complete the rulemakings on or around January 1, 2028, and issue cost recovery demands on or around July 1, 2028.  Still, the paragraph is disputed as irrelevant and immaterial to the resolution of the pending motions.

Dated: December 15, 2025               Respectfully submitted,

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*
ROBERT N. STANDER
*Deputy Assistant Attorney General*
JUSTIN D. HEMINGER
*Acting Deputy Assistant Attorney General*

/s/ *Riley W. Walters*
RILEY W. WALTERS
*Counsel*
JOHN K. ADAMS
*Senior Counsel*
U.S. Department of Justice
Environment and Natural Resources Division
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
(202) 514-5442
Riley.Walters@usdoj.gov