UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br>    Plaintiffs,<br> v.<br>STATE OF VERMONT et al.,<br>    Defendants,<br> and<br>NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT and CONSERVATION LAW FOUNDATION,<br>    Intervenor-Defendants. | Case No. 2:25-cv-00463 |

**PLAINTIFFS' STATEMENT OF ADDITIONAL UNDISPUTED MATERIAL FACTS**

  Pursuant to Local Civil Rule 56(b), Plaintiffs the United States of America and U.S. Environmental Protection Agency (collectively, the "United States") submit the below Statement of Additional Undisputed Material Facts.

  1. Through the Bureau of Land Management ("BLM"), the Department of Interior issues leases to produce fossil fuels from onshore federal lands. Declaration of Matthew Warren ("Warren Decl.") ¶ 3.

  2. The Department of Interior receives revenue from these lease sales, as well as royalties from the extraction of fossil fuels from the onshore leases. Warren Decl. ¶¶ 4–5.

  3. In 2024, fossil-fuel leasing on federal lands generated over $13.8 billion of revenue for the United States, including more than $490 million for coal, $950 million for gas, and $12.4 billion for oil. Warren Decl. ¶ 6.

4. In 2023, federal oil production was 24% of total U.S. oil production, federal gas production was 10% of total U.S. gas production, and federal coal production was nearly 44% of total U.S. coal production. Warren Decl. ¶ 7.

5. Most federal oil and gas royalties are taken in value, but the federal government may also require lessees to satisfy their royalty demands for produced oil and gas in-kind. Warren Decl. ¶ 8. One use for in-kind royalty delivery is to support restocking the Strategic Petroleum Reserve. *Id.*

6. BLM purchases fossil fuels from the open market to support its critical missions, including wildland fire fighting and fire suppression actions, and law enforcement. BLM also purchases fossil fuels from the open market to support BLM's fleet vehicles and public land maintenance activities, such as maintaining campgrounds, roads, bridges, and trails. Warren Decl. ¶ 9.

7. There are no active federal oil and gas or coal leases in Vermont. Warren Decl. ¶ 10.

Dated: December 15, 2025						Respectfully submitted,

							ADAM R.F. GUSTAFSON
							*Principal Deputy Assistant Attorney General*
							ROBERT N. STANDER
							*Deputy Assistant Attorney General*
							JUSTIN D. HEMINGER
							*Acting Deputy Assistant Attorney General*

							/s/ *Riley W. Walters*
							RILEY W. WALTERS
							*Counsel*
							JOHN K. ADAMS
							*Senior Counsel*
							U.S. Department of Justice
							Environment and Natural Resources Division
							950 Pennsylvania Ave., N.W.
							Washington, D.C. 20530
							(202) 514-5442
							Riley.Walters@usdoj.gov