**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| UNITED STATES OF AMERICA and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>*Plaintiffs,*<br><br>v.<br><br>STATE OF VERMONT, et al.,<br><br>*Defendants,*<br><br>and<br><br>NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT AND CONSERVATION LAW FOUNDATION,<br><br>*Intervenor-Defendants.* | No. 2:25-cv-00463 |

**DECLARATION OF MATTHEW WARREN**

I, Matthew Warren, declare as follows:

1. I am employed as the Oil and Gas Program Lead, Division of Fluid Minerals, in the Energy, Minerals, and Realty Management Directorate of the Bureau of Land Management (BLM), within the U.S. Department of the Interior (Department), a position I have held since February 14, 2021. The directorate provides policy development and oversight to BLM's minerals programs and its realty programs.

2. In my role as the Oil and Gas Program Lead, I provide technical and policy guidance to BLM leadership and BLM staff working in the oil and gas program. Prior to my

role as the Oil and Gas Program Lead, I was the Supervisory Petroleum Engineer in the Buffalo Field Office, a position I held for 11 years. I was previously a Petroleum Engineer with BLM in multiple field office locations. I am familiar with the laws and regulations that BLM must abide by when leasing and permitting oil and gas development.

3. The Department manages land owned by the United States. The Department through BLM issues leases to produce fossil fuels from onshore federal lands. *E.g.*, 30 U.S.C. §§ 181, 352. BLM manages approximately 245 million surface acres and 700 million acres of mineral estate.

4. The Department receives revenue from these lease sales.

5. The Department also receives royalties from the extraction of fossil fuels from those onshore leases.

6. Fossil-fuel leasing on federal lands generated over $13.8 billion of revenue for the United States in calendar year 2024, including more than $490 million for coal, $950 million for gas, and $12.4 billion for oil. The states hosting the federal leases share in those revenues. 30 U.S.C. §§ 191(a), (b), 355.

7. Based on BLM analysis of data provided by the Energy Information Administration for calendar year 2023, Federal oil production was 24% of total U.S. oil production, Federal gas production was 10% of total U.S. gas production, and Federal coal production was nearly 44% of total U.S. coal production.

8. While most Federal oil and gas royalties are taken in value, the U.S. Federal Government may also require lessees to satisfy their royalty demands for produced oil and gas in-kind, which is authorized by the Mineral Leasing Act (30 U.S.C. § 1202.1). This statutory authority allows the Secretary of the Interior to elect to take some or all royalty from oil or gas

from onshore (and offshore) leases as product if it benefits the United States. One of the most notable uses for in-kind royalty delivery is to support restocking the Strategic Petroleum Reserve.

9. BLM routinely purchases fossil fuels from the open market to support many of BLM's critical missions including wildland fire fighting and fire suppression actions, and for law enforcement. BLM also purchases fossil fuels from the open market to support BLM's fleet vehicles and public land maintenance related activities such as maintaining campgrounds, roads, bridges, and trails.

10. There are no active Federal oil and gas or coal leases in Vermont.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 12th day of December, 2025, in Rock Springs, WY (on travel status).

*/s/ Matthew Warren*
Matthew Warren