UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br>          Plaintiffs,<br><br>          v.<br><br>STATE OF VERMONT et al.,<br>          Defendants,<br><br>    and<br><br>NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT AND CONSERVATION LAW FOUNDATION,<br>          Defendant-Intervenors. | No. 2:25-cv-00463 |

**INTERVENOR-DEFENDANTS' RESPONSE TO THE UNITED STATES'
RULE 56 STATEMENT OF ADDITIONAL UNDISPUTED MATERIAL FACTS**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56(b), Intervenor-Defendants submit the following response to Plaintiffs' Rule 56 Statement of Additional Undisputed Material Facts. By responding to the facts set forth below, Intervenor-Defendants do not concede that any fact in Plaintiffs' Rule 56 Statement is material to the legal issues raised in their Motion for Summary Judgment. Moreover, because the pending summary judgment motions seek resolution of the case prior to discovery, Intervenor-Defendants' characterization of any facts as "undisputed" for purposes of the pending motions is not intended as a waiver of Intervenor-Defendants' right to dispute those facts if further proceedings are necessary.

1. Through the Bureau of Land Management ("BLM"), the Department of Interior issues leases to produce fossil fuels from onshore federal lands. Declaration of Matthew Warren ("Warren Decl.") ¶ 3.

1

**Response:** Undisputed.

2. The Department of Interior receives revenue from these lease sales, as well as royalties from the extraction of fossil fuels from the onshore leases. Warren Decl. ¶¶ 4–5.

**Response:** Undisputed.

3. In 2024, fossil-fuel leasing on federal lands generated over $13.8 billion of revenue for the United States, including more than $490 million for coal, $950 million for gas, and $12.4 billion for oil. Warren Decl. ¶ 6.

**Response:** Undisputed to the best of Intervenor-Defendants' knowledge.

4. In 2023, federal oil production was 24% of total U.S. oil production, federal gas production was 10% of total U.S. gas production, and federal coal production was nearly 44% of total U.S. coal production. Warren Decl. ¶ 7.

**Response:** Undisputed to the best of Intervenor-Defendants' knowledge.

5. Most federal oil and gas royalties are taken in value, but the federal government may also require lessees to satisfy their royalty demands for produced oil and gas in-kind. Warren Decl. ¶ 8. One use for in-kind royalty delivery is to support restocking the Strategic Petroleum Reserve. *Id.*

**Response:** Undisputed to the best of Intervenor-Defendants' knowledge.

6. BLM purchases fossil fuels from the open market to support its critical missions, including wildland fire fighting and fire suppression actions, and law enforcement. BLM also purchases fossil fuels from the open market to support BLM's fleet vehicles and public land maintenance activities, such as maintaining campgrounds, roads, bridges, and trails. Warren Decl. ¶ 9.

**Response:** Undisputed to the best of Intervenor-Defendants' knowledge.

7. There are no active federal oil and gas or coal leases in Vermont. Warren Decl. ¶ 10.

**Response:** Undisputed to the best of Intervenor-Defendants' knowledge.

Dated: January 16, 2026

Respectfully submitted,

/s/ Bridget Asay
Bridget Asay
Michael Donofrio
STRIS & MAHER LLP
15 East State Street, Suite 2
Montpelier, VT 05602
Phone: (802) 858-4285
basay@stris.com

*Counsel for Northeast Organic Farming Association of Vermont*

/s/ Adeline S. Rolnick
Adeline S. Rolnick
Natural Resources Defense Council, Inc.
1152 15th Street, Suite 300
Washington, DC 20005
Phone: (202) 513-6240
arolnick@nrdc.org

Mitchell S. Bernard
Natural Resources Defense Council, Inc.
40 West 20th Street, 11th Floor
New York, NY 10011
Phone: (212) 727-4469
mbernard@nrdc.org

*Counsel for Northeast Organic Farming Association of Vermont and Conservation Law Foundation*

/s/ Elena M. Mihaly
Elena M. Mihaly
Conservation Law Foundation, Inc.
15 East State Street, Ste. 4
Montpelier, VT 05602
Phone: (802) 622-3012
emihaly@clf.org

*Counsel for Conservation Law Foundation*