# ATTACHMENT A

Order of Argument

| Claims | Counts | Defendants | Plaintiffs | Rebuttal |
|---|---|---|---|---|
|  |  | 70 minutes total | 70 minutes total | 60 minutes total/as needed |
| **Phase 1** |  |  |  |  |
| **Motion to Dismiss and Summary Judgment*** <br>• Preemption and Preclusion, including Foreign Affairs <br>• Commerce Clause <br><br>* Claims in *United States* case plus overlapping claims from *Chamber* case. | United States <br>Counts 1, 2, 3, 4, 5 <br><br>Chamber <br>Counts 1, 2, 4 <br>(Count 4 (Commerce Clause): MTD only) <br><br>West Virginia <br>Counts 1, 2, 3 <br>(Count 3 (Commerce Clause): MTD only) | State <br>NOFA-VT <br><br>30 minutes (divided by agreement) | United States <br>Chamber <br>West Virginia <br><br>30 minutes (divided by agreement) | 10 minutes per side/as needed |
| **Phase 2** |  |  |  |  |
| **Motion to Dismiss** <br>• Due Process <br>• Equal Protection and Common Benefits <br>• Excessive Fines <br>• Takings <br>• Separation of Powers | Chamber <br>Counts 3, 5, 6 <br><br>West Virginia <br>Counts 4, 5, 6, 7, 8, 9, 10, 11 <br><br>(Equal Protection, Common Benefits, Separation of Powers: West Virginia only) | State <br><br>20 minutes | Chamber <br>West Virginia <br><br>20 minutes (divided by agreement) | 10 minutes per side/as needed |
| **Phase 3** |  |  |  |  |
| **Jurisdictional and Other Issues** |  |  |  |  |
| • Section 1983 <br>• Vermont Constitutional Claims | Chamber (Section 1983) <br>Counts 1, 2, 3, 4, 5, 6, 8 <br><br>West Virginia (Vermont Constitutional Claims) <br>Counts 5, 7, 10, 11 | State <br><br>10 minutes | Chamber <br>West Virginia <br><br>10 minutes (divided by agreement) | 5 minutes per side/as needed |
| • Standing <br>• Government Cause of Action <br>• Ripeness | United States <br>All Counts (Standing, Government C/A, Ripeness) <br><br>Chamber <br>All Counts (Ripeness) <br><br>West Virginia <br>All Counts (Standing, Government C/A, Ripeness) | NOFA-VT <br><br>10 minutes | United States <br>Chamber <br>West Virginia <br><br>10 minutes (divided by agreement) | 5 minutes per side/as needed |