UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 MAR 10  AM 12: 15

CLERK

BY _____
DEPUTY CLERK

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA and AMERICAN PETROLEUM INSTITUTE,<br>　　　　Plaintiffs,<br>　and<br><br>STATE OF WEST VIRGINIA, *et al.*,<br>　　　　Intervenor-Plaintiffs,<br>　v.<br><br>JULIE MOORE, in her official capacity as the Secretary of the Vermont Agency of Natural Resources and JANE LAZORCHAK, in her official capacity as the Director of the Vermont Agency of Natural Resources Climate Action Office,<br>　　　　Defendants,<br>　and<br><br>NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT and CONSERVATION LAW FOUNDATION,<br>　　　　Intervenor-Defendants. | Case No. 2:24-cv-01513 |
| UNITED STATES OF AMERICA and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br>　　　　Plaintiffs,<br><br>　v.<br><br>STATE OF VERMONT, PHILIP SCOTT, in his official capacity as Governor of Vermont, JULIE MOORE, in her official capacity as the Secretary of the Vermont Agency of Natural Resources; and JANE LAZORCHAK, in her official capacity as the Director of the Vermont Agency of Natural Resources Climate Action Office,<br>　　　　Defendants,<br>　and<br><br>NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT and CONSERVATION LAW FOUNDATION,<br>　　　　Intervenor-Defendants. | Case No. 2:25-cv-00463 |

## Scheduling Order for March 30, 2026 Hearing

The parties in each of the above cases have submitted competing proposals for organizing the hearing that is scheduled for March 30, 2026. In an effort to guide the parties, the hearing will be structured as outlined below:

*United States v. State of Vermont*, Case No. 2:25-cv-463

| | |
|---|---|
| 10:00 a.m. | State of Vermont/Intervenor Defendants |
| 10:40 a.m. | United States of America |
| 11:20 a.m. | Break |
| 11:40 a.m. | State of Vermont/Intervenor Defendants rebuttal |
| 11:50 a.m. | United States rebuttal |
| 12:00 p.m. | Lunch break |

*Chamber of Commerce v. State of Vermont*, Case No. 2:25-cv-1513

| | |
|---|---|
| 1:00 p.m. | State of Vermont |
| 1:30 p.m. | Chamber of Commerce/American Petroleum Institute |
| 2:00 p.m. | Break |
| 2:15 p.m. | Northeast Organic Farmers Association/Conservation Law Foundation |
| 2:45 p.m. | Intervenor Plaintiffs |
| 3:15 p.m. | Break |
| 3:30 p.m. | Each party has five minutes for rebuttal in the following order:<br>    State of Vermont<br>    Chamber of Commerce/American Petroleum Institute<br>    NOFA/CLF<br>    Intervenor Plaintiffs |

Dated at Rutland, in the District of Vermont, this 10th day of March 2026.

_____
Mary Kay Lanthier
United States District Judge